affirmed, with ten dollars costs and disbursements. No opinion. Present—Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SANFORD HOLDING CORPORATION, Plaintiff, v. AMSTERDAM AVENUE AND 87TH STREET CORPORATION and Others, Appellants. 680 WEST END AVENUE CORPORATION and Another, Proposed Third Parties, Defendants, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROBERT STERLING CLARK, Appellant, v. DOUGLAS ALEXANDER and Another, as Trustees, etc., and Others, Respondents.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within ten days from service of order. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PROSPECT BOYS CLOTHES,. INC., and Another, Respondents, v. NATIONAL SURETY COMPANY, Appellant.— Order modified with respect to items " 5 " and " 6 " so as to permit the defendant to allege under oath in lieu thereof that it is without information with respect to such items, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. The bill of particulars to be served within ten days from service of order. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHARLES E. CONVIS v. JAMES C. BARNES and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHARLES E. CONVIS v. JAMES C. BARNES and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

KALMAN KLAUSNER v. QUEENS FUR DRESSING CO., INC.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARY LEVITAN v. JULIUS H. LEVINE.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MANUEL DIS.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JAMES CANNON v. THE CITY OF NEW YORK.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of CHARLES T. RAVEN v. JAMES TOZZI.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HARRY W. DEAN.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of JOHN J. MAHONY v. BLAKE-DANIELS Co., INC.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE CITY OF NEW YORK v. NICK VELMACHOS and Another.— Motion to